**DENY; and Opinion Filed April 14, 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00388-CV

### IN RE DOROTHEA E. H. LASTER, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-06-08087-Z**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Lewis
Opinion by Justice Lewis

Relator filed this petition for writ of mandamus alleging that the trial court has abused its discretion in refusing to authorize payment of the bills she has submitted as court appointed counsel for a parent in a parental rights termination suit. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, and taking all the facts in relator's petition as true, we conclude as a matter of law that relator has not shown she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.


/David Lewis/
DAVID LEWIS
JUSTICE

140388F.P05